**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

NUTRAMAX LABORATORIES, INC.
AND NUTRAMAX LABORATORIES
VETERINARY SCIENCES, INC.

       Plaintiffs

v.

ROWLO, LLC AND
ROWLO CAPITAL US, INC.,

       Defendants

Civil Action No. **1:26-cv-01736-JPB**

## DEFENDANT ROWLO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

Defendant Rowlo, LLC files this Unopposed Motion for an Extension of Time to Move, Answer, or Otherwise Respond to Plaintiffs' Complaint, filed on March 31, 2026 (ECF No. 1). Rowlo, LLC was served on April 3, 2026.  The initial deadline for Rowlo, LLC to move, answer, or otherwise respond to the Complaint was therefore April 24, 2026. The parties have agreed on a 42-day extension to the initial deadline, making the new deadline for Rowlo, LLC to move, answer, or otherwise respond to the complaint June 5, 2026.

There is good cause for this request. Plaintiffs served Rowlo LLC on April 3, but requested that Defendant Rowlo Capital US, Inc. ("Rowlo Capital") waive service on April 6, 2026.  Rowlo Capital agreed to waive service and therefore its

deadline to move, answer, or otherwise respond to the Complaint is June 5, 2026.

Granting the extension for Rowlo, LLC would align the deadline for Rowlo, LLC to

respond to the Complaint with Rowlo Capital's deadline, making the new deadline

for both Rowlo, LLC and Rowlo Capital to respond to the Complaint June 5, 2026.

The parties agree that an alignment of the deadlines will preserve party and judicial

resources and avoid unnecessary duplication of work.  Defendants do not oppose

this motion.

Thus, Defendant Rowlo, LLC respectfully requests that the Court grant this

Unopposed Motion and extend its deadline to move, answer or otherwise respond to

the Complaint to June 5, 2026.

This 22nd day of April, 2026.

/s/ *Joseph R. Odachowski*
Joseph R. Odachowski
Georgia Bar No. 549470

TAYLOR ODACHOWSKI SCHMIDT
   & CROSSLAND, LLC
3455 Peachtree Road NE, Suite 500
Atlanta, GA 30326
Phone:     (912) 634-0955
Email:     jodachowski@tosclaw.com

## CERTIFICATION OF COMPLIANCE AS TO FONT SIZE

Pursuant to Rule 7.1D of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing was prepared on computer using Times New Roman font (14 point).

_/s/ Joseph R. Odachowski_

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Georgia, using the CM/ECF system, which will send a notification of such filing to all counsel of record.

_/s/ Joseph R. Odachowski_